# THOMAS J. KING
## Chapter 13 Trustee in Bankruptcy
### EASTERN DISTRICT OF WISCONSIN
2950 Universal Court
P O Box 3170
Oshkosh, WI 54903-3170

May 16, 2012

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee WI 53202

**Re: Unclaimed Funds**

Dear Clerk:

Enclosed please find our check #442153 amount of $419.38 which is being sent to you as unclaimed funds. Attempts to contact this debtor have been attempted; however, were unsuccessful. These funds are from:

- Case: 2007-27177-PP John Anthony Carrao
- Payment originally issued as a debtor refund
- Last address on file for debtor: S17 W22217 Anoka Ave, Waukesha WI 53186
- Case status: Completed in February 2012

Sincerely,

Kalina N Xiong
Chapter 13 Accounting Manager

Enclosure: Check #4422153

cc:     John Anthony Carrao
        Bankruptcy Law Center LLP

FILED – MAIL
2012 MAY 17 AM 11: 15
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI